IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:26-CR-22-FL

| | | |
|---|---|---|
| JESUS A. ORTEGA, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee. | ) | |

This matter is before the court on its own initiative upon failure of appellant to comply with the court's June 2, 2026, order, which directed appellant to file opening memorandum no later than June 22, 2026. Therein, the court cautioned appellant that no further extensions of time would be granted. Where appellant did not file opening memorandum by the June 22, 2026, deadline, this appeal is DISMISSED for failure to prosecute and failure to comply with Local Criminal Rule 58.1(b)(4). The clerk is DIRECTED to close this case.

SO ORDERED, this the 29th day of June, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge